

FILED
DEC 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>Anthony Dale MARTINEZ,<br><br>         Defendant. | Magistrate Case No.: **'08 MJ 9250**<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about December 14, 2008, within the Southern District of California, defendant Anthony Dale MARTINEZ did knowingly and intentionally import approximately 22.04 kilograms (48.48 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 15TH, DAY OF DECEMBER 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

DOA
12/14/08
ECL

UNITED STATES OF AMERICA
v.
Anthony Dale MARTINEZ

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Jerry A. Conrad.

On December 14, 2008, at approximately 1734 hours, Anthony Dale MARTINEZ (MARTINEZ) entered the United States from the Republic of Mexico via the Calexico, California, east port of entry. MARTINEZ was the driver and registered owner of a green 1999 Chevrolet bearing California license plates 8M14181.

While conducting pre-primary roving operations at the Calexico east port of entry, Customs and Border Protection (CBP) Canine Enforcement Officer E. Leon informed CBP Officer G. Hernandez his Human and Narcotic Detector Dog (HNDD) had alerted to the vehicle driven by MARTINEZ. CBP Officer Hernandez obtained a negative Customs declaration from MARTINEZ. MARTINEZ presented a valid California birth certificate and claimed he is a United States citizen. CBP Officer Hernandez referred MARTINEZ back to the vehicle secondary inspection area.

In the vehicle secondary area, CBP Officer E. Bosquet obtained a negative Customs declaration from MARTINEZ. CBP Officer Bosquet escorted MARTINEZ into the vehicle secondary security office for a patdown search.

A subsequent inspection of the vehicle revealed numerous packages concealed within the hollow driver and passenger side walls of the bed of the truck. One of the packages was probed and a sample of a green leafy substance was extracted, which field-tested positive for marijuana. A total of 17 packages with a combined weight of approximately 22.04 kilograms (48.48 pounds) were removed from the vehicle.

MARTINEZ was placed under arrest and advised of his Miranda rights, which he acknowledged and waived, agreeing to answer questions without the presence of an attorney. MARTINEZ admitted knowledge of the marijuana that was concealed within the vehicle. MARTINEZ stated he was to be paid between $2,000.00 and $3,000.00

for this smuggling venture.  MARTINEZ further stated he was to drive the vehicle to an undetermined location in Phoenix, Arizona.  MARTINEZ added once he arrived in Phoenix, Arizona, he would receive further instructions on where to deliver the vehicle.